COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jason Boatwright v. The State of Texas

Appellate case number:    01-21-00571-CR

Trial court case number:  1667445

Trial court:              178th District Court of Harris County

Appellant's appointed counsel filed a motion to substitute on November 19. 2021. The Court ruled on the motion to substitute on January 12, 2023. That ruling is withdrawn and this order substituted in its place.

The motion to substitute contains two motions: a motion to withdraw by Chris Self and a motion to substitute by Zakiya Carter.

The motion with withdraw is granted. The motion to substitute is dismissed as moot because appellant has retained counsel.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually    ☐ Acting for the Court

Date:    January 19, 2023